UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | ) | |
| WATER POLLUTION CONTROL AUTHORITY | ) | CIVIL ACTION NO. |
| OF THE CITY OF NORWALK, | ) | 3:14-cv-00549 (VLB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| FLOWSERVE US, INC., | ) | |
| | ) | |
| Defendant. | ) | MARCH 7, 2016 |
| | ) | |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE OF CHRISTOPHER A. KLEPPS

Pursuant to District of Connecticut Local Rule 7(e), the undersigned respectfully moves the court for permission to withdraw his appearance on behalf of Plaintiff Water Pollution Control Authority of the City of Norwalk ("WPCA" or "Plaintiff") in the above-captioned matter, as the undersigned no longer represents the WPCA.

The Plaintiff continues to be represented by Attorney Scott S. Orenstein of the law firm of Goldberg Segalla LLP.  Attorney Orenstein consents to this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant his Motion for Permission to Withdraw his Appearance on behalf of Plaintiff Water Pollution Control Authority of the City of Norwalk.

By:  _____/s/ Christopher A. Klepps_____

Christopher A. Klepps ,Esq. (ct29463)
UPDIKE, KELLY & SPELLACY, P.C.
100 Pearl Street, 17th Floor.
P.O. Box 231277
Hartford, CT 06123-1277
Telephone:  860-548-2614
Facsimile:  860-548-2680
Email:  cklepps@uks.com

1213975

## CERTIFCATE OF SERVICE

I hereby certify that on March 7, 2016, the foregoing was filed electronically with the

Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent by e-mail to all

parties by operation of the Court's electronic filing system or by mail to anyone unable to accept

electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing

through the Court's CM/ECF System.


By: _____ /s/ Christopher A. Klepps _____
     Christopher A. Klepps ,Esq. (ct29463)
     UPDIKE, KELLY & SPELLACY, P.C.


1213975