A-Quick Pick Crane Service Inc.

TIN: 06-1092032
15 Royal Court
Shelton, CT 06484

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/27/2013 | 13082709 |

| BILL TO |
|---|
| OMI<br>60 SOUTH SMITH STREET<br>NORWALK, CT 06855 |

Sandie Crocker – Project # 351276

| P.O. NO. | TERMS | DUE DATE | JOB NO. |
|---|---|---|---|
|  | Net 30 | 9/26/2013 |  |

| JOB INFO | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 8/27 | 28/30 Ton Manitex Min |  | 650.00 | 650.00 |
|  | 60 South Smith St, Norwalk |  |  |  |
|  | Travel to Norwalk<br>Pick pump<br>Travel to Derby<br>Sales Tax |  | 6.35% | 0.00 |

After 30 days overdue, 1.5% per month interest (18 % per year) will be added plus attorney's fees if placed for collection.

| | |
|---|---|
| **Total** | $650.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $650.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 203-924-2000 | 203-924-8720 | QuickPickCrane@sbcglobal.net |
| TIN: 06-1092032 | | www.quickpickcrane.com |

Exhibit 35
Page 1 of 1