```
                                                                    INVOICE
                    ASSOCIATED ELECTRO-MECHANICS, INC.              NUMBER:35754
                         REMIT TO P.O. BOX 2650
                         SPRINGFIELD, MA. 01101                     JOB NUMBER:35754
                         PHONE: (413) 781-4276
                         FAX:   (413) 788-4471                      SHIP DATE:11-18-13

BILL-TO:                                    SHIP-TO:                INVOICE DATE:11-18-13

OMI INC - NORWALK                 O0651     OMI INC - NORWALK
60 SOUTH SMITH RD                           60 SOUTH SMITH RD

NORWALK         CT 06855-0000               NORWALK        CT 06855-0000

DESCRIPTION: FLOWSERVE PUMP                                         PAGE NO:1
             FM CERTIFIED
***************************************************************************************

CUSTOMER ORDER NO      MATERIAL RECVD      SHIP VIA          PARTIAL      COMPLETE
-----------------      --------------      --------          -------      --------
NORWA10132004          08-27-13            OUR TRUCK                      X

QUANTITY     EQUIPMENT MAKE/TYPE      HORSEPOWER     MODEL/TYPE
--------     ------------------      ----------     ----------
   1         FLOWSERVE PUMP           200HP          M2008460

SERIAL NUMBER       VOLTS     CYCLES    PHASE    RPMS     DESIGN    ENCL      FRAME
-------------       -----     ------    -----    ----     ------    ----      -----
                    460       60        3        875      B

ADDITIONAL
SPECIFICATIONS:


***************************************************************************************

* PICK UP UNIT ON 8/27/13, DELIVER TO SHOP
* DISASSEMBLE WITH BILL WANTZ FROM FLOWSERVE PRESENT
FINDINGS:
* PRIMARY SEAL SEVERELY FAILED / SUSPECT DUE TO PUMP
  OPERATING IN DRY CONDITION
* SEAL CHAMBER DRY, NO LEAKAGE INTO STATOR CHAMBER
* MOISTURE SENSOR TEST OK (OPEN TO GROUND)
* OVERLOAD PROTECTOR TEST OK (.6 OHMS)
  STATOR INCOMING READING 2K OHMS AT 500V
THE FOLLOWING WORK WAS PERFORMED:
* CLEAN AND BAKE COMPONENTS
* RETEST STATOR WINDING
* TEST, INSPECT CORD ASSEMBLY AND CONNECTIONS
* DIAL INDICATE, POLISH ALL SHAFT SURFACES
* FOUND MINOR DAMAGE TO MECHANICAL SEAL SLEEVE
* AEM METAL SPRAY AND MACHINE AT "O" RING SEAL AREA TO
  ASSURE PROPER SEALING AND CONTACT
* AEM FURNISHED AND INSTALLED THE FOLLOWING FACTORY PARTS:
  1 EA   "O" RING/GASKET KIT
  1 EA   SUCTION ELBOW HANDHOLE COVER GASKET
  1 EA   SUCTION ELBOW TO CASING "O" RING
  1 EA   LINE BEARING
  1 EA   THRUST BEARING
  1 EA   PRIMARY MECHANICAL SEAL
  1 EA   SECONDARY MECHANICAL SEAL
  1 EA   BEARING ISOLATOR
  1 EA   MOISTURE SENSOR
  1 EA   CABLE BUSHING ASSEMBLY
* NOTE: UNIT IS FM CERTIFIED AND AEM PERFORMED COMPLETE
        FM RECERTIFICATION
* AEM FURNISHED GLYCOL
* PREPARE, REASSEMBLE PUMP
* FUNCTION TEST
* PAINT EXTERIOR
```

Exhibit 36
Page 1 of 2

Exhib. 3

```
                        ASSOCIATED ELECTRO-MECHANICS, INC.              INVOICE
                           REMIT TO P.O. BOX 2650                       NUMBER:35754
                             SPRINGFIELD, MA. 01101
                           PHONE: (413) 781-4276                        JOB NUMBER:35754
                             FAX: (413) 788-4471
                                                                        SHIP DATE:11-18-13
   BILL-TO:                                  SHIP-TO:                   INVOICE DATE:11-18-13

   OMI INC - NORWALK              O0651      OMI INC - NORWALK
   60 SOUTH SMITH RD                         60 SOUTH SMITH RD

   NORWALK        CT 06855-0000              NORWALK       CT 06855-0000

   DESCRIPTION:FLOWSERVE PUMP                                           PAGE NO:2
               FM CERTIFIED
```

```
CUSTOMER ORDER NO      MATERIAL RECVD      SHIP VIA           PARTIAL     COMPLETE
NORWA10132004          08-27-13            OUR TRUCK                      X

QUANTITY     EQUIPMENT MAKE/TYPE      HORSEPOWER   MODEL/TYPE
   1         FLOWSERVE PUMP           200HP        M2008460

SERIAL NUMBER      VOLTS    CYCLES   PHASE   RPMS   DESIGN   ENCL    FRAME
                   460      60       3       875    B

ADDITIONAL
SPECIFICATIONS:
```

* ARRANGE FOR DELIVERY TO OMI, INC NORWALK ON 11/18/13
PRICE FOR ABOVE INCLUDNG PARTS REQUIRED
LABOR                                                          $9,970.00
MATERIAL AND FACTORY PARTS                                     $26,295.00
PLUS FACTORY FREIGHT                                              $53.55


                                                    JOB TOTAL:   $36,265.00
                                              FACTORY FREIGHT:       $53.55

TERMS:NET 30 DAYS                               INVOICE TOTAL:   $36,318.55

Exhibit 36
Page 2 of 2