```
                                                                    INVOICE
                    ASSOCIATED ELECTRO-MECHANICS, INC.       NUMBER: 36307
                         REMIT TO P.O. BOX 2650
                         SPRINGFIELD, MA. 01101              JOB NUMBER: 36307
                         PHONE: (413) 781-4276
                         FAX:   (413) 788-4471               SHIP DATE: 12-30-13

BILL-TO:                                    SHIP-TO:         INVOICE DATE: 12-30-13

OMI AP PRJ NEWHA01134003        O0647       OMI  EMAIL INV
C/O CH2M HILL  A/P                          60 SOUTH SMITH
P O BOX 6607                                APINVOICES@CH2M.COM
ENGLEWOOD          CO 80155-0000            NORWALK      CT 06855-0000

DESCRIPTION: FLOWSERVE PUMP                                  PAGE NO: 1
             FM CERTIFIED
```

```
CUSTOMER ORDER NO     MATERIAL RECVD    SHIP VIA       PARTIAL    COMPLETE
NORW10132004          11-18-13          OUR TRUCK                    X

QUANTITY    EQUIPMENT MAKE/TYPE      HORSEPOWER   MODEL/TYPE
   1        FLOWSERVE PUMP           200HP        M2008460

SERIAL NUMBER      VOLTS    CYCLES   PHASE   RPMS   DESIGN   ENCL    FRAME
                   460      60       3       875    B

ADDITIONAL
SPECIFICATIONS:
```

* PICKUP UNIT ON 11/18/13, DELIVER TO SHOP
* CUSTOMER ARRANGED FOR RICHARD LOF FROM CDM SMITH TO BE
  HERE TO WITNESS DISASSEMBLY
* UPON DISASSEMBLY WE FOUND THE FOLLOWING:
* STATOR WINDINGS MEGOHM READINGS 2K OHMS AT 500 V
* SURGE TEST PERFORMED (OK)
* OVERLOAD PROTECTOR (OK)
* MOISTURE SENSOR TEST (OK)
* SHAFT AND BEARING HOUSING JOURNALS MEASURE WITHIN SPEC
* THE PRIMARY SEAL FAILED, SEAL FACES SEVERELY WORN,
  RETAINING BOLTS STRETCHED AND BROKEN
* COOLING CHAMBER WAS FOUND TO BE HEAVILY CONTAMINATED WITH
  SEWAGE SLUDGE
* APPEARS TO BE IDENTICAL FAILURE AS PREVIOUS PUMP
(AEM WILL RETURN FAILED MECHANICAL SEAL AT A LATER DATE)

THE FOLLOWING WORK WAS PERFORMED:
* CLEAN AND BAKE STATOR WINDINGS, CLEAN ALL PUMP
  COMPONENTS
* RETEST WINDINGS
* TEST POWER CORD ASSEMBLY AND CONNECTION
* DIAL INDICATE, POLISH ALL SHAFT SURFACES
* DYNAMIC BALANCE ROTATING ASSEMBLY
* AEM FURNISHED AND INSTALLED THE FOLLOWING FACTORY
  SUPPLIED PARTS:
1 EA   "O" RING/GASKET KIT
1 EA   LINE BEARING
1 EA   THRUST BEARING
1 EA   PRIMARY MECHANICAL SEAL
1 EA   SECONDARY MECHANICAL SEAL
1 EA   MOISTURE SENSOR
1 EA   TERMINAL BOARD GASKET
1 EA   CVR PLT/ADAPTOR PLT GASKETS
1 EA   SEAL BEARING #169
* UNIT INSPECTED AND FM CERTIFIED

Exhibit #16

Exhibit 37
Page 1 of 2

```
                                                                    INVOICE
              ASSOCIATED ELECTRO-MECHANICS, INC.           NUMBER:36307
                   REMIT TO P.O. BOX 2650
                    SPRINGFIELD, MA. 01101                 JOB NUMBER:36307
                    PHONE: (413) 781-4276
                    FAX:   (413) 788-4471                  SHIP DATE:12-30-1:

BILL-TO:                              SHIP-TO:             INVOICE DATE:12-30-1:

OMI AP PRJ NEWHA01134003    O0647     OMI  EMAIL INV
C/O CH2M HILL  A/P                    60 SOUTH SMITH
P O BOX 6607                          APINVOICES@CH2M.COM
ENGLEWOOD       CO 80155-0000         NORWALK       CT 06855-0000

DESCRIPTION:FLOWSERVE PUMP                                           PAGE NO:2
            FM CERTIFIED
```

| CUSTOMER ORDER NO | MATERIAL RECVD | SHIP VIA | PARTIAL | COMPLETE |
|---|---|---|---|---|
| NORW10132004 | 11-18-13 | OUR TRUCK | | X |

| QUANTITY | EQUIPMENT MAKE/TYPE | HORSEPOWER | MODEL/TYPE |
|---|---|---|---|
| 1 | FLOWSERVE PUMP | 200HP | M2008460 |

| SERIAL NUMBER | VOLTS | CYCLES | PHASE | RPMS | DESIGN | ENCL | FRAME |
|---|---|---|---|---|---|---|---|
| | 460 | 60 | 3 | 875 | B | | |

ADDITIONAL
SPECIFICATIONS:

```
* AEM FILLED WITH GLYCOL
* PREPARE, REASSEMBLED
* FUNCTION TEST
* PAINT
* DELIVERY 12/30/13                                            $36,265.00



                                                     JOB TOTAL:   $36,265.00
                TERMS:NET 30 DAYS                    INVOICE TOTAL: $36,265.00
```

Exhibit 37
Page 2 of 2