A-Quick Pick Crane Service Inc.

TIN: 06-1092032
15 Royal Court
Shelton, CT 06484

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/18/2013 | 13111808 |

**BILL TO**

OMI
60 SOUTH SMITH STREET
NORWALK, CT 06855

Sandie Crocker – Project # 351276

| P.O. NO. | TERMS | DUE DATE | JOB NO. |
|---|---|---|---|
|  | Net 30 | 12/18/2013 |  |

| JOB INFO | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/18 | 35 Ton Terex: Min charge |  | 775.00 | 775.00 |
|  | 35 Ton Terex: Reg rate per hr | 0.5 | 156.25 | 78.13 |
|  | Rigger | 4.5 | 82.50 | 371.25 |
|  | WWTP, 60 South Smith St, Norwalk |  |  |  |
|  | Travel to Norwalk |  |  |  |
|  | Pick & trip tank |  |  |  |
|  | Travel to Derby |  |  |  |
|  | Sales Tax |  | 6.35% | 0.00 |

**Total** $1,224.38

After 30 days overdue, 1.5% per month interest (18 % per year) will be added plus attorney's fees if placed for collection.

**Payments/Credits** $0.00

**Balance Due** $1,224.38

| Phone # | Fax # | E-mail |
|---|---|---|
| 203-924-2000 | 203-924-8720 | QuickPickCrane@sbcglobal.net |

TIN: 06-1092032   www.quickpickcrane.com

Exhibit 38
Page 1 of 1